

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-12-00189-CR

DARRIUS L. TIPPINS
APPELLANT

V.

THE STATE OF TEXAS
STATE

------------

FROM THE 371ST DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1]

------------

Appellant Darrius L. Tippins attempts to appeal from his conviction, pursuant to a plea bargain, for evading arrest or detention with a previous conviction. The trial court's certification of his right to appeal states that this "is a plea-bargain case, and the defendant has NO right of appeal."

---

[1]*See* Tex. R. App. P. 47.4.

On May 3, 2012, this court notified appellant about the statement on the trial court's certification and informed him that unless he or any party desiring to continue the appeal filed with the court, on or before May 14, 2012, a response showing grounds for continuing the appeal, the appeal may be dismissed.  *See* Tex. R. App. P. 25.2(a)(2), (d), 44.3.  We have received no response.  Therefore, we dismiss the appeal.  *See* Tex. R. App. P. 25.2(d), 43.2(f).

PER CURIAM

PANEL:  MCCOY, MEIER, and GABRIEL, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  May 31, 2012

2